**DISMISS and Opinion Filed October 31, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00935-CV**

**ANDREW PEPPER, Appellant**
**V.**
**THORNDALE BEACH LLC & ELEGANCE MANAGEMENT LLC,**
**Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-01233-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellant's October 27, 2023 motion for voluntary dismissal of the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230935F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ANDREW PEPPER, Appellant

No. 05-23-00935-CV     V.

THORNDALE BEACH LLC &
ELEGANCE MANAGEMENT LLC,
Appellees

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-23-01233-
D.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Thorndale Beach LLC & Elegance Management LLC recover their costs, if any, of this appeal from appellant Andrew Pepper.

Judgment entered October 31, 2023.